James H. EDWARDS, Petitioner—Appellee,

and

Stephen J. Perrello, Claimant,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., Defendants,

Andrew D. Lucine, M.D., et al., Respondents,

and

C.A. Terhune, Director of the Department of Corrections, Defendant—Appellant.

No. 01–16696.

D.C. No. CV–00–00813–VRW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 11, 2002.

Decided Nov. 6, 2002.

Before BALDOCK,* KLEINFELD, and RAWLINSON, Circuit Judges.

MEMORANDUM**

The district court properly denied Appellant California Department of Corrections' ("CDC") motion to dismiss. CDC's

---

challenge to Title II of the Americans with Disabilities Act is foreclosed by *Hason v. Med. Bd. of Cal.*, 279 F.3d 1167, 1171 (9th Cir.2002). CDC's challenge to § 504 of the Rehabilitation Act is similarly foreclosed. *See Lovell v. Chandler*, 303 F.3d 1039, 1051 (9th Cir.2002).

**AFFIRMED.**

Before HAWKINS, GRABER, and TALLMAN, Circuit Judges.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.